# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ACCESS FOR THE DISABLED,**
**and DENISE PAYNE,**

   **Plaintiffs,**

**v.**           **Case No. 6:09-CV-1805-ORL-35DAB**

**OSCEOLA ENTERPRISES OF**
**KISSIMMEE, INC.,**

   **Defendant.**

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

  Upon consideration of the parties' Stipulation of Dismissal with Prejudice (Dkt. 23) and pursuant to Fed. R. Civ. P. 41, it is hereby

    **ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **CLOSE** this case.

  **DONE** and **ORDERED** in Orlando, Florida, this 19th day of August 2010.

Copies furnished to:
Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

-1-